# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 17, 2020

## NO.  03-19-00720-CV

**Provenance Constructors, LLC; The Flats on South Congress, LLC; and Suretec Partners, Ltd., Appellants**

**v.**

**Omega Dry Wall Company, Inc.; and Omega Framing, LLC, Appellees**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
## DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on July 3. 2019.  The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.